IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROY LANE**                                                                                                **PLAINTIFF**

v.                                              **4:08CV00569-WRW**

**NP VKW LLC d/b/a NORTH POINT**                                        **DEFENDANT**
**MAZDA/VOLKSWAGEN**

## ORDER

Pending is Defendant's unopposed Motion to Dismiss (Doc. No. 16). The parties in this case have reached a settlement, and ask the Court to dismiss the case with prejudice, with each party bearing its own costs and attorneys' fees. The Motion is GRANTED. This case is DISMISSED with prejudice. Each party will pay its own costs and attorneys' fees.

IT IS SO ORDERED this 1st day of September, 2009.


                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE